UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DARLINGTON AMADASU,

        Plaintiff,

        - against -

SEMA FELIX NGATI, LAW OFFICES OF S.
FELIX NGATI, ERIC ABAKPORO, and LAW
OFFICES OF ERIC ABAKPORO,

        Defendants.
------------------------------------------------------------------------X

**MEMORANDUM & ORDER**
05-CV-2585 (RRM)(LB)

**MAUSKOPF, United States District Judge.**

      On March 4, 2011, the defendants in this case moved for summary judgment as to all of *pro se* plaintiff's claims. (Docs. No. 62, 63.) By Order entered March 7, 2011, this Court referred those motions to the assigned Magistrate Judge, the Honorable Lois Bloom, for a Report and Recommendation. On August 15, 2011, Judge Bloom issued a Report and Recommendation (the "R&R") (Doc. No. 70) recommending that the Court grant defendants' motions for summary judgment as to plaintiff's legal malpractice claim against defendant Ngati and his law firm (Doc. No. 62). She further recommended that the motion for summary judgment be denied as to plaintiff's legal malpractice claim against Abakporo and his law firm (Doc. No. 63). Judge Bloom reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due by September 1, 2011. No party has filed any objection.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R (Doc. No. 70) in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

## **CONCLUSION**

Accordingly, the R&R is adopted in its entirety. Defendants' motion for summary judgment (Doc. No. 62) is GRANTED as to the claim against Ngati and his law firm. Judgment shall enter in favor of Defendants Ngati and the Law Office of S. Felix Ngati. Summary judgment is DENIED as to the claim against Abakporo and his law firm (Doc. No. 63).

This matter is re-committed to the assigned Magistrate Judge for supervision of any settlement discussions, and all remaining pre-trial issues including the preparation of a Joint Pre-Trial Order consistent with this Memorandum and Order.

The Clerk of Court shall mail a copy of this Memorandum and Order to all *pro se* parties.

SO ORDERED.

Dated: Brooklyn, New York
September 2, 2011

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge